DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW JACAS,**
Appellant,

v.

**CKS PRIME INVESTMENTS,**
Appellee.

No. 4D22-2604

[August 17, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Corey Amanda Cawthon, Judge; L.T. Case No. COSO20007013.

Andrew Jacas, North Lauderdale, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***